UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

2003 OCT 24  P 3: 52

NO. 3:02CV02247 (JCH)

October 24, 2003

## MOTION FOR EXTENSION OF DEADLINES
## TO TAKE DEPOSITIONS OF PLAINTIFF'S EXPERT WITNESSES, TO
## DISCLOSE DEFENDANT'S EXPERT WITNESSES, AND TO COMPLETE ALL
## DISCOVERY

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for extensions of time as follows: a) of seventy-five days, to and including January 15, 2004, to take the depositions of Plaintiff's identified expert witnesses; b) of 135 days, to and including February 13, 2004, to disclose Defendant's expert witness(es); and c) of 135 days, to and including March 12, 2004, to complete all discovery. In support of this motion, undersigned counsel represents as follows:

1.   On July 30, 2003, Plaintiff served Defendant's counsel with a letter identifying two health care providers -- Jeffrey A. Arons, M.D., PC, FACS and Andrea A. DeBoer, MS, LMFT, CEAP -- as expert witnesses whom she intends to call to testify at trial. In her letter, Plaintiff stated that she had not yet received the reports of these expert witnesses, but that she would forward them to Defendant's counsel as soon as she received them.

2.   As of the date of this motion, Defendant's counsel have not received a copy of Ms. DeBoer's report.

3.   In addition, Defendant's counsel only yesterday received the final set of medical records for Ms. Balonze.

4. Defendant intends to take Ms. Balonze's deposition in mid-November 2003, and plaintiff's expert witnesses' depositions as soon as possible after Ms. Balonze's deposition, and after receipt of Ms. DeBoer's report.

5. In light of Plaintiff's inability as of today to determine when Ms. DeBoer's report will be available, of the settlement conference scheduled in this case for December 4, 2003, and of the holidays and the undersigned's planned vacation for the week of December 25 - 31, it appears likely that the expert witness depositions may not be complete till early January 2004.

6. In order to allow Defendant adequate time to identify and disclose one or more expert witnesses, to the extent such witnesses are necessary, and to permit Plaintiff time to take those witnesses' depositions, the extension of the defendant's expert witness disclosure deadline and overall discovery deadline are sought.

7. This is the second request for an extension of the deadline to take Plaintiff's expert witnesses' depositions.

8. Plaintiff has been contacted and has consented to this motion to extend all of the above deadlines.

For all of these reasons, Defendant respectfully requests that this Court grant its motion for extensions: a) of seventy-five days, to and including January 15, 2004, to take the depositions of Plaintiff's identified expert witnesses; b) of 135 days, to and including February 13, 2004, to disclose Defendant's expert

witness(es); and c) of 135 days, to and including March 12, 2004, to complete all discovery.

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston

> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Blvd., Suite 500
> Bridgeport, CT 06604
> Tel. (203) 333-9441
> Fax: (203) 333-1489
> e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

> Mickell Balonze
> 601 Longfellow Drive
> Branford, CT 06405

Dated at Bridgeport, Connecticut on this 24th day of October, 2003.

_____
Sarah W. Poston