32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICKELL B. BALONZE

2003 OCT 24  P 3:52

V.

NO. 3:02CV02247 (JCH)

TOWN FAIR TIRE CENTERS, INC.

October 24, 2003

MOTION FOR EXTENSION OF DEADLINES
TO TAKE DEPOSITIONS OF PLAINTIFF'S EXPERT WITNESSES, TO
DISCLOSE DEFENDANT'S EXPERT WITNESSES, AND TO COMPLETE ALL
DISCOVERY

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for extensions of time as follows: a) of seventy-five days, to and including January 15, 2004, to take the depositions of Plaintiff's identified expert witnesses; b) of 135 days, to and including February 13, 2004, to disclose Defendant's expert witness(es); and c) of 135 days, to and including March 12, 2004, to complete all discovery. In support of this motion, undersigned counsel represents as follows:

1. On July 30, 2003, Plaintiff served Defendant's counsel with a letter identifying two health care providers -- Jeffrey A. Arons, M.D., PC, FACS and Andrea A. DeBoer, MS, LMFT, CEAP -- as expert witnesses whom she intends to call to testify at trial. In her letter, Plaintiff stated that she had not yet received the reports of these expert witnesses, but that she would forward them to Defendant's counsel as soon as she received them.

2. As of the date of this motion, Defendant's counsel have not received a copy of Ms. DeBoer's report.

3. In addition, Defendant's counsel only yesterday received the final set of medical records for Ms. Balonze.

[Handwritten margin note: Motion granted. Discovery (all) will end on 3/12/04. So Ordered. [signature] 10/29/03]