UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

MICKELL BALONZE                    :        2003 DEC 10 ₽ 3: 47

v.                                 :    CIV. NO. 3:02cv2247 (JCH)
                                   :
                                   :
TOWN FAIR TIRE CENTERS, INC.,      :
ET AL.                             :


Order

On December 4, 2003, the court conducted a settlement conference in this case.  After discussing pending discovery issues, the court ordered the following.

Plaintiff shall provide defendants with an expert witness report for Dr. De Boer on or before Monday January, 5 2004. Plaintiff shall notify Dr. De Boer of her obligations under this order.  If plaintiff requires additional time to comply, plaintiff should contact the court via telephone and provide the court with a proposal for a revised deadline.

The court also heard a brief argument regarding plaintiff's objection to a deposition question posed to her on relevance grounds. After hearing from the parties, the court orders plaintiff to answer the question, and advises plaintiff of her right to raise further objections to the relevance of the question at trial.

The parties are encouraged to contact the court should additional issues arise concerning discovery or possible

settlement of the case.

SO ORDERED at Bridgeport this __5__ day of December 2003.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE