```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MICKELL BALONZE                :
                               :
                               :
v.                             :    CIV. NO. 3:02cv2247 (JCH)
                               :
                               :
TOWN FAIR TIRE CENTERS, INC.,  :
ET AL.                         :
```

## Order

With the agreement of the parties, the deadline for the disclosure of Dr. De Boer's expert witness report is extended until January 14, 2004.

SO ORDERED at Bridgeport this __6th__ day of January 2004.

```
                            _____/s/_____
                            HOLLY B. FITZSIMMONS
                            UNITED STATES MAGISTRATE JUDGE
```