UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

2004 JAN 14 P 3: 28

NO. 3:02CV02247 (JCH) DISTRICT COURT
BRIDGEPORT CT

January 14, 2004

## MOTION FOR EXTENSION OF DEADLINES TO TAKE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS, TO DISCLOSE DEFENDANT'S EXPERT WITNESSES, AND TO COMPLETE ALL DISCOVERY

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for extensions of time as follows: a) of fifteen days, to and including January 30, 2004, to take the deposition of Plaintiff's identified expert witness; b) of fourteen days, to and including February 27, 2004, to disclose defendant's expert witnesses; and c) of fourteen days, to and including March 26, 2004, to complete all discovery.

In support of this motion, the undersigned represents:

1.  While Defendant noticed Plaintiff's expert witness Jeffrey Arons, M.D., for deposition on January 8, 2004, the witness was unavailable for deposition until January 23, 2004. His deposition was, accordingly, re-noticed for that day, and the requested extension of time is needed to accommodate his schedule.

2.  Defendant seeks the extension of its own deadline to disclose an expert witness in order to allow it 30 days after Dr. Arons' deposition to retain and obtain a report from an expert.

3. The extension of the deadline for completion of all discovery is needed to permit Plaintiff the opportunity to depose any expert identified by the Defendant.

4. This is the third request for an extension of the deadline to take Plaintiff's expert witness' deposition and the second request for extension of the other two deadlines at issue in this motion.

5. Plaintiff has been contacted and has consented to this motion to extend all of the above deadlines.

For all of these reasons, Defendant respectfully requests that this Court grant its motion for extensions: a) of fifteen days, to and including January 30, 2004, to take the deposition of Plaintiff's identified expert witness; b) of fourteen days, to and including February 27, 2004, to disclose defendant's expert witness; and c) of fourteen days, to and including March 26, 2004, to complete all discovery.

Jonathan B. Orleans (ct05440)
Sarah W. Poston

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>    Mickell Balonze
>    601 Longfellow Drive
>    Branford, CT 06405

Dated at Bridgeport, Connecticut on this 14th day of January, 2004.

Sarah W. Poston