UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

NO. 3:02CV02247 (JBA) DISTRICT COURT
BRIDGEPORT CT

January 14, 2004

2004 JAN 14  P 3: 28

### MOTION FOR EXTENSION OF DEADLINES TO TAKE DEPOSITION OF PLAINTIFF'S EXPERT WITNESS, TO DISCLOSE DEFENDANT'S EXPERT WITNESSES, AND TO COMPLETE ALL DISCOVERY

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for extensions of time as follows: a) of fifteen days, to and including January 30, 2004, to take the deposition of Plaintiff's identified expert witness; b) of fourteen days, to and including February 27, 2004, to disclose defendant's expert witnesses; and c) of fourteen days, to and including March 26, 2004, to complete all discovery.

In support of this motion, the undersigned represents:

1.  While Defendant noticed Plaintiff's expert witness Jeffrey Arons, .D., for deposition on January 8, 2004, the witness was unavailable for :position until January 23, 2004. His deposition was, accordingly, re-noticed for at day, and the requested extension of time is needed to accommodate his hedule.

2.  Defendant seeks the extension of its own deadline to disclose an pert witness in order to allow it 30 days after Dr. Arons' deposition to retain and tain a report from an expert.

Motion Granted.
Discovery cutoff date 3/26/04
Dispositive Motions due by 3/26/04
SO ORDERED
1/23/04  /s/ Janet C. Hall, U.S.D.J.