UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE | : |
| | : |
| V. | : NO. 3:02CV02247 (JCH) |
| | : |
| TOWN FAIR TIRE CENTERS, INC. | : |
| | : February 17, 2004 |

MOTION *NUNC PRO TUNC* FOR EXTENSION OF DEADLINE
TO DISCLOSE DEFENDANT'S EXPERT WITNESS(ES)

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for an extension of the deadline to disclose Defendant's expert witness(es) until thirty days after a ruling on dispositive motions. The deadline was February 13, 2004.

In support of this motion, the undersigned represents:

1. Plaintiff has disclosed an expert witness in this case, and Defendant has taken his deposition.

2. Defendant intends to file a motion for summary judgment on or before the deadline for such motions.

3. Defendant does not intend to rely on its own expert testimony in support of its motion for summary judgment, but would like to reserve the opportunity to disclose and rely upon an expert witness prior to trial in the event its motion for summary judgment is denied.

4. In an effort to conserve the resources of both parties, Defendant requests that it be permitted to forego disclosure of expert witness(es) at this time, and permitted to disclose expert witness(es) within thirty days after the Court's ruling on Defendant's anticipated motion for summary judgment.

5.     Defendant will of course consent to a commensurate extension of Plaintiff's deadline to conduct depositions of any expert witnesses Defendant should identify and disclose.

6.     The undersigned has contacted Plaintiff and discussed the nature of this motion, the reasons for it and Defendant's position as set forth in paragraph 5 above.   Plaintiff has consented to this motion.

7.     The undersigned obtained Plaintiff's consent for this motion late Friday afternoon, February 13, 2004, and respectfully submits that the filing of this motion *nunc pro tunc* will not prejudice any party.

For all of these reasons, Defendant respectfully requests that this Court grant its motion for an extension of the deadline to disclose Defendant's expert witness(es) until thirty days after a ruling on dispositive motions.

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston (ct19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT  06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

> Mickell Balonze
> 601 Longfellow Drive
> Branford, CT 06405

Dated at Bridgeport, Connecticut on this 17th day of February, 2004.

_____
Sarah W. Poston