

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

NO. 3:02CV02247 (JCH)

February 17, 2004

## MOTION *NUNC PRO TUNC* FOR EXTENSION OF DEADLINE TO DISCLOSE DEFENDANT'S EXPERT WITNESS(ES)

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for an extension of the deadline to disclose Defendant's expert witness(es) until thirty days after a ruling on dispositive motions. The deadline was February 13, 2004.

In support of this motion, the undersigned represents:

1. Plaintiff has disclosed an expert witness in this case, and Defendant has taken his deposition.

2. Defendant intends to file a motion for summary judgment on or before the deadline for such motions.

3. Defendant does not intend to rely on its own expert testimony in support of its motion for summary judgment, but would like to reserve the opportunity to disclose and rely upon an expert witness prior to trial in the event its motion for summary judgment is denied.

4. In an effort to conserve the resources of both parties, Defendant requests that it be permitted to forego disclosure of expert witness(es) at this time, and permitted to disclose expert witness(es) within thirty days after the Court's ruling on Defendant's anticipated motion for summary judgment.

GRANTED / Absent Objection
SO ORDERED
Janet C. Hall, U.S.D.J. 2/26/04