UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE | : |
| | : |
| V. | : NO. 3:02CV02247 (JCH) |
| | : |
| TOWN FAIR TIRE CENTERS, INC. | : |
| | : March 26, 2004 |

## MOTION FOR ONE WEEK EXTENSION OF DISCOVERY DEADLINE

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for a one-week extension of the deadline, which is currently March 26, 2004. The reason for this request is that plaintiff has identified, but refused to produce, certain audiotapes that may include recordings of conversations and/or events occurring at her workplace and relevant to the defendant's defenses in this case. Defendant is attempting to resolve this dispute with plaintiff and seeks this brief extension of the discovery deadline to complete these attempts prior to filing a motion to compel the production of these items.

The undersigned has attempted to reach plaintiff to seek her consent to this motion, but has not received any response. This is the first motion for extension of this deadline.

For these reasons, defendant respectfully requests this extension of the discovery deadline.

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT  06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 26th day of March, 2004.

_____
Sarah W. Poston