UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE : | |
| : | |
| V. : | NO. 3:02CV02247 (JCH) |
| : | |
| TOWN FAIR TIRE CENTERS, INC. : | |
| : | March 30, 2004 |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for an extension of the deadline for dispositive motions until April 30, 2004.  The reason for this request is that the undersigned has just become aware that the dispositive motion deadline was not, contrary to counsel's assumption, extended commensurately with the discovery deadline in this case.  The discovery deadline was previously extended to March 26, 2004, and it is the subject of a pending motion for an additional extension until April 2, 2004.  The dispositive motion deadline, however, has never been extended beyond December 15, 2003.

Defendant has stated its intention to make a dispositive motion on a number of occasions, including the status conference held on July 30, 2003, the settlement conference held December 4, 2003, in defendant's February 14, 2004 motion to extend the deadline for expert witness discovery, and in telephone conversations with the plaintiff.  Thus, no prejudice would result from granting this motion to permit the defendant the opportunity to file a dispositive motion.

The undersigned has contacted plaintiff, who has objected to this extension of time.  Plaintiff has never previously expressed any objection to

defendant's intention to file a summary judgment motion, and she has not offered a reason for her objection at this time. This is the first motion for extension of this deadline.

For these reasons, defendant respectfully requests that this motion for extension of the dispositive motion deadline be granted.

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT  06604
    Tel. (203) 333-9441
    Fax: (203) 333-1489
    e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

> Mickell Balonze
> 601 Longfellow Drive
> Branford, CT 06405

Dated at Bridgeport, Connecticut on this 30th day of March, 2004.

_____
Sarah W. Poston

3