UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE | : |
| | : |
| V. | : NO. 3:02CV02247 (JCH) |
| | : |
| TOWN FAIR TIRE CENTERS, INC., | : MARCH 30, 2004 |

DEFENDANT'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a) and Loc.Civ.R. 37, defendant Town Fair Tire Centers, Inc. ("Town Fair Tire") hereby moves for an order compelling plaintiff Mickell Balonze to produce any and all audio and/or video cassettes created at Town Fair Tire and/or containing a recording of the voice or image of any Town Fair Tire employee and/or relating in any way to her employment at Town Fair Tire, including, but not limited to, those cassettes removed from plaintiff's office at Town Fair Tire on an evening in or about July 2001 after the Town Fair Tire offices had been closed and locked. In the alternative, defendant moves for an order barring plaintiff from making any mention, use or offer of any such cassettes at trial as evidence, impeachment material or otherwise.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

The grounds for this motion are set forth in defendant's Memorandum of Law in Support of Motion to Compel, filed this date. The Affidavit of Sarah W. Poston has also been filed in support of this motion.

    Respectfully submitted,

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston (ct19702)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT  06604
    Tel. (203) 333-9441
    Fax: (203) 333-1489
    e-mail: jorleans@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.