UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

NO. 3:02CV02247 (JCH)

March 26, 2004

## MOTION FOR ONE WEEK EXTENSION OF DISCOVERY DEADLINE

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for a one-week extension of the discovery deadline, which is currently March 26, 2004. The reason for this request is that plaintiff has identified, but refused to produce, certain audiotapes that may include recordings of conversations and/or events occurring at her workplace and relevant to the defendant's defenses in this case. Defendant is attempting to resolve this dispute with plaintiff and seeks this brief extension of the discovery deadline to complete these attempts prior to filing a motion to compel the production of these items.

The undersigned has attempted to reach plaintiff to seek her consent to this motion, but has not received any response. This is the first motion for extension of this deadline.



MOTION GRANTED. SO ORDERED.

2004 APR -1 P 4:
U.S. DISTRICT COURT
BRIDGEPORT, CONN