UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 30  P 4: 20

US DISTRICT COURT
BRIDGEPORT CT

MICKELL B. BALONZE

V.    NO. 3:02CV02247(JCH)

TOWN FAIR TIRE CENTERS, INC.

March 30, 2004

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for an extension of the deadline for dispositive motions until April 30, 2004. The reason for this request is that the undersigned has just become aware that the dispositive motion deadline was not, contrary to counsel's assumption, extended commensurately with the discovery deadline in this case. The discovery deadline was previously extended to March 26, 2004, and it is the subject of a pending motion for an additional extension until April 2, 2004. The dispositive motion deadline, however, has never been extended beyond December 15, 2003.

Defendant has stated its intention to make a dispositive motion on a number of occasions, including the status conference held on July 30, 2003, the settlement conference held December 4, 2003, in defendant's February 14, 2004 motion to extend the deadline for expert witness discovery, and in telephone conversations with the plaintiff. Thus, no prejudice would result from granting this motion to permit the defendant the opportunity to file a dispositive motion.

The undersigned has contacted plaintiff, who has objected to this extension of time. Plaintiff has never previously expressed any objection to

MOTION GRANTED.
SO ORDERED
FILED 4/1/04