

APR 0 5 2004

FILED

2004 APR 13 P 1: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE            :
                              :
V.                            :        NO. 3:02CV02247 (JCH)
                              :
TOWN FAIR TIRE CENTERS, INC., :
                              :        March 31, 2004


PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Pursuant to Fed. R. Civ.P. 26 (a)(1)(B) the Plaintiff requests that the Defendant's Motion for Extension of the Discovery Deadline be denied for the following reasons:

1. The audio tapes requested by the Defendants are not relevant to the their defense as previously stated in their pleadings.

2. Any such evidence in the custody, control or possession of the Plaintiff is intended to be used solely for the purpose of impeachment. Specifically, to dismiss the credibility of the Defendant's witness, Andrea DaCorte and the sworn affidavit offered by Andrea DaCorte to the CHRO in connection with this complaint.

3. The Defendants had ample opportunity during time the Plaintiff was employed and the harassment occurred to obtain the information from alternative sources.

4. The Plaintiff prepared the materials in question in anticipation of litigation.

5. The Defendants counsel have misrepresented the truth in their statement "The undersigned has attempted to reach the Plaintiff to seek her consent to this motion, but has not received any response". The Plaintiff is aware of only one attempt, which occurred on March 26, 2004 at 3:31pm. During a conversation with the Defendant's counsel (Sarah Poston) which occurred on March 26, 2004, at approximately 4:00pm the Plaintiff made known her objection to the Defendant's motion. Prior to that conversation the Defendants counsel had made no communication either verbal or written of their intent to file a Motion for an Extension of Discovery Deadline.

6. The Defendants have failed to show good cause.

For the foregoing reasons, the Plaintiff respectfully requests that the Defendants Motion for an Extension of the Discovery Deadline be denied.

Mickell Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203)-488-1981

2

CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Certified Mail, return receipt no. 7003 0500 0004 3594 5564 to:

> Zeldes, Needle & Cooper
> Attn: Sarah Poston
> 1000 Lafayette Blvd
> P.O. Box 1740
> Bridgeport, CT 06601-1740

Dated at Branford, Connecticut on this 1st day of April 2004.

Mickell Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203)-488-1981