APR 0 5 2004

47

FILED

2004 APR 13 P 1: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE

02CV2247 DJ

NO. 3:02CV02247 (JCH)

TOWN FAIR TIRE CENTERS, INC.,

March 31, 2004

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR EXTENSION OF
DISCOVERY DEADLINE

Pursuant to Fed. R. Civ.P. 26 (a)(1)(B) the Plaintiff requests that the Defendant's
Motion for Extension of the Discovery Deadline be denied for the following reasons:

1. The audio tapes requested by the Defendants are not relevant to the their defense as
previously stated in their pleadings.

2. Any such evidence in the custody, control or possession of the Plaintiff is intended to
be used solely for the purpose of impeachment. Specifically, to dismiss the
credibility of the Defendant's witness, Andrea DaCorte and the sworn affidavit
offered by Andrea DaCorte to the CHRO in connection with this complaint.

3. The Defendants had ample opportunity during time the Plaintiff was employed and
the harassment occurred to obtain the information from alternative sources.

4. The Plaintiff prepared the materials in question in anticipation of litigation.

5. The Defendants counsel have misrepresented the truth in their statement "The
undersigned has attempted to reach the Plaintiff to seek her consent to this motion,
but has not received any response". The Plaintiff is aware of only one attempt, which
occurred on March 26, 2004 at 3:31pm. During a conversation with the Defendant's
counsel (Sarah Poston) which occurred on March 26, 2004, at approximately 4:00pm
the Plaintiff made known her objection to the Defendant's motion. Prior to that
conversation the Defendants counsel had made no communication either verbal or
written of their intent to file a Motion for an Extension of Discovery Deadline.

Treating this as a motion to reconsider, it is granted.
However, the court adheres to its earlier decision.
Granting the motion to extend. So Ordered.