ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26 P 2:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICKELL B. BALONZE

V.

TOWN FAIR TIRE CENTERS, INC.

NO. 3:02CV02247 (WWE)

APRIL 26, 2004

## DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME

Defendant Town Fair Tire Centers, Inc., by its counsel, moves for an extension of time of one month, to and including May 31, 2004, to file a dispositive motion in this matter.

As good cause for this motion, counsel represents that Attorney Sarah Poston's leave of absence, and the demands of other matters upon Attorney Jonathan Orleans, have made it impossible for counsel to prepare Defendant's Motion for Summary Judgment by the current deadline of April 30, 2004.

Defendant's counsel has attempted to contact Plaintiff, who has appeared *pro se*, to request her consent to this motion. She has not responded because, on information and belief, she is out of State.

This is the second motion for an extension of this deadline filed by the Defendant in this action. The previous motion was granted by the Court.

Respectfully submitted,

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

MOTION GRANTED. No further extensions will be granted.

SO ORDERED.
/s/ W.C. Fish, U.S.D.J. 4/27/04

FILED
2004 APR 28 A 10:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN