FILED
2004 MAR 30 P 4: 20
US DISTRICT COURT
BRIDGEPORT CT

FILED
2004 MAY 21 A 8:
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE                    :
                                      :
                                      :   NO. 3:02CV02247 (JCH)
                                      :
TOWN FAIR TIRE CENTERS, INC.,         :   MARCH 30, 2004

## DEFENDANT'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a) and Loc.Civ.R. 37, defendant Town Fair Tire Centers, Inc. ("Town Fair Tire") hereby moves for an order compelling plaintiff Mickell Balonze to produce any and all audio and/or video cassettes created at Town Fair Tire and/or containing a recording of the voice or image of any Town Fair Tire employee and/or relating in any way to her employment at Town Fair Tire, including, but not limited to, those cassettes removed from plaintiff's office at Town Fair Tire on an evening in or about July 2001 after the Town Fair Tire offices had been closed and locked. In the alternative, defendant moves for an order barring plaintiff from making any mention, use or offer of any such cassettes at trial as evidence, impeachment material or otherwise.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

[handwritten margin note: Motion to Compel Granted absent objection. So Ordered.]

1