UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE   : | |
| :   | |
| V.   : | NO. 3:02CV02247 (JCH) |
| :   | |
| TOWN FAIR TIRE CENTERS, INC.   : | |
| :   | May 28, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Town Fair Tire Centers, Inc. hereby moves for summary judgment in its favor on all claims asserted against it in the Complaint. Defendant is entitled to judgment as a matter of law because:

1.  The plaintiff was not disabled within the meaning of the Americans With Disabilities Act.

2.  Assuming for the sake of the argument that plaintiff was disabled, she was not "otherwise qualified" for her position and Town Fair Tire met its reasonable accommodation obligations.

3.  There is no evidence to support plaintiff's claim that similarly situated male employees of Town Fair Tire Centers, Inc. were treated differently or better than plaintiff was treated.

4.  To the extent plaintiff claims that she was discharged in retaliation for having exercised her rights under the Workers' Compensation statute, and/or to the extent she seeks damages for injuries she suffered at work, her claims are barred by Conn. Gen. Stat. §31-284 and by her settlement of her claim pursuant to Conn. Gen. Stat. §31-290a.

In support of this Motion, and in accordance with D. Conn. L. Civ. R. 56, Defendant submits herewith the following documents:

    i.    Local Rule 56(a)1 Statement of Material Facts as to which Defendant contends there is no genuine issue to be tried;

    ii.    Declaration of Attorney Jonathan B. Orleans, with exhibits (filed under seal);

    iii.    Defendant's Memorandum of Law; and

    iv.    The Notice to Pro Se Litigant Opposing Motion for Summary Judgment required by D. Conn. L. Civ. R. 56(b).

Respectfully submitted,

_____/s/
Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT  06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 28th day of May, 2004.


_____/s/
Jonathan B. Orleans