ORIGINAL

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

May 28, 2004

By /s/ [Deputy]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE | : |
| | : |
| V. | : NO. 3:02CV02247 (JCH) |
| | : |
| TOWN FAIR TIRE CENTERS, INC., | : |
| | : May 28, 2004 |

## DECLARATION OF JONATHAN B. ORLEANS

1. I am counsel to the defendant, Town Fair Tire Centers, Inc., in this action.

2. I make this Declaration in order to place before the court documentary evidence in support of defendant's Motion for Summary Judgment.

3. Defendant has filed the Exhibits to this Declaration under seal, pursuant to D. Conn. L. Civ. R. 5(d)2, because they contain personal information concerning the plaintiff, as well as other information, that has been designated "Confidential" in accordance with the Order Regarding Confidentiality entered by the Court in this case on July 30, 2003.

4. Exhibit A to this Declaration is the original Affidavit of Kathryn L. Tutino, the Vice President and Controller of Town Fair Tire Centers, Inc.

4. Exhibit B to this Declaration is a true and accurate copy of those portions of the transcript of the plaintiff's deposition that Town Fair Tire has relied upon in its Local Rule 56(a)(1) Statement, along with the exhibits identified at the plaintiff's deposition upon which defendant has similarly relied.

5. Exhibit C to this Declaration is a true and accurate copy of those portions of the transcript of the deposition of the plaintiff's treating physician, Dr. Jeffrey Arons,

upon which defendant has relied in its Local Rule 56(a)(1) Statement, along with the exhibits identified at Dr. Arons' deposition upon which defendant has similarly relied.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2004, at Bridgeport, Connecticut.

_____
Jonathan B. Orleans

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 28th day of May, 2004.

>_/s/ Jonathan B. Orleans_
>Jonathan B. Orleans