**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

May 28, 2004

By: _____ Deputy Clerk

MICKELL B. BALONZE

V.                                    NO. 3:02CV02247 (JCH)

TOWN FAIR TIRE CENTERS, INC.

May 28, 2004

NOTICE OF FILING UNDER SEAL
PURSUANT TO D.CONN. L. CIV. R. 5(d)2

Defendant Town Fair Tire Centers, Inc. hereby provides notice, pursuant to D.Conn. L. Civ. R. 5(d)2, that it has filed under seal the Exhibits to the Declaration of Jonathan B. Orleans, because it believes them to be subject to the Order Regarding Confidentiality entered in this case by the Court on July 30, 2003.

Respectfully submitted,

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

> Mickell Balonze
> 601 Longfellow Drive
> Branford, CT 06405

Dated at Bridgeport, Connecticut on this 28 day of May, 2004.

_____
Jonathan B. Orleans