**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 28, 2004
Kevin
By: /s/
Deputy Clerk

| | | |
|---|---|---|
| MICKELL B. BALONZE | : | |
| V. | : | NO. 3:02CV02247 (JCH) |
| TOWN FAIR TIRE CENTERS, INC. | : | |
| | : | May 28, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant Town Fair Tire Centers, Inc. has manually filed the Exhibits to the Declaration of Jonathan B. Orleans

These documents have not been filed electronically because they have been filed under seal pursuant to D.Conn. L. Civ. R. 5(d)2, and because if converted to electronic form they would exceed the file size restrictions.

The Exhibits to the Declaration of Jonathan B. Orleans have been manually served on all parties.

Respectfully submitted,

Jonathan B. Orleans (ct05440)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 28th day of May, 2004.

_____
Jonathan B. Orleans