UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE :
:
v. :
: NO. 3:02CV02247 (JCH)
TOWN FAIR TIRE CENTERS, INC. :

June 21, 2004

### PLAINTIFFS LOCAL RULE 56(a)2 STATEMENT OF DISPUTED ISSUES OF FACT

The disputed issues of fact include:

1) whether Ms. Balonze agreed to the job duties assigned to her in February 2001 in connection with her raise;

2) whether those job duties required more repetitive keyboard work;

3) whether the June 2001 flare up in her finger condition was caused by her keyboarding activities at work;

4) whether Ms. Balonze refused the light duty position to which she was transferred;

1

5) whether male employees of Town Fair Tire who were limited in their abilities due to injuries covered by Worker's Compensation were treated differently from Ms. Balonze;

6) whether Town Fair Tire had any available position as of July 31, 2001 or August 20, 2001, for which Ms. Balonze was qualified, and the essential functions of which she was able to perform;

7) whether any employment action taken by Town Fair Tire with respect to Ms. Balonze was motivated by discriminatory animus;

8) whether Andrea DaCorte verbally harassed Ms. Balonze;

9) whether Kathryn Tutino caused the Plaintiff unwarranted humiliation;

10) whether the Plaintiff's physical limitations as a result of her disability constitute a disability within the the meaning of the Americans With Disabilities Act;

11) assuming Town Fair Tire was obligated to make reasonable accommodations for Ms. Balonze, whether it met its obligations at all times during Ms. Balonze's employment.

12) whether the Plaintiffs settlement of 31-290a claim with stipulation relinquished her rights to proceed in this claim.

Respectfully Submitted,

*Mickell Balonze*

Mickell B. Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203)-488-1981

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this the 21st day of June 2004, to:

>Jonathan B. Orleans
>Zeldes, Needles & Cooper,
>1000 Lafayette Blvd., Suite 500
>Bridgeport, CT 06604

*Mickell B. Balonze*

Mickell B. Balonze