UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE          :
                            :
v.                          :
                            : NO. 3:02CV02247 (JCH)
TOWN FAIR TIRE CENTERS, INC.:

June 21, 2004

### DECLARATION OF MICKELL B. BALONZE

1. I am the Pro Se Plaintiff in this action.

2. I make this Declaration in order to place before the court documentary evidence in support of Plaintiff's Objection to Defendant's Motion For Summary Judgement.

3. Plaintiff has filed the Exhibits to this Declaration under seal, pursuant to D. Conn. L. Civ. R. 5(d)2, because they contain personal information concerning the Plaintiff, as well as other information, that has been designated "Confidential" in accordance with the Order Regarding Confidentially entered by the Court in this case on July 30, 2003.

4. Exhibit A to this Declaration are the original Affidavits of Mickell B. Balonze,

1

Michael Paul Balonze, Shauna Hindman, Heidi Meyer, John Paxton Jr., and Michael Paul Balonze.

5. Exhibit B to this Declaration is a true and accurate copy of those portions of the transcript of the Plaintiff's deposition that the Plaintiff has relied upon in her Local Rule 56(a)2 Statement.

6. Exhibit C to this Declaration is a true and accurate copy of those portions of the transcript of the deposition of the Plaintiff's treating physician, Dr. Jeffrey Arons, upon which the Plaintiff has relied in her Local Rule 56(a)2 Statement.

7. Exhibit D to this Declaration is a true and accurate copy of those portions of the transcript of the deposition of Thomas Dowler upon which the Plaintiff has relied in her Local Rule 56(a)2 Statement.

8. Exhibits 6 through 34 are true accurate copies of Defendant's Discovery Documents and Plaintiff's discovery documents upon which the Plaintiff has relied upon in her Local Rule 56(a)2 Statement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2004 at Branford, Connecticut.

*Mickell B. Balonze*
Mickell B. Balonze

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this the 21st day of June 2004, to:

>Jonathan B. Orleans
>Zeldes, Needles & Cooper,
>1000 Lafayette Blvd., Suite 500
>Bridgeport, CT 06604

Mickell B. Balonze