UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE

V.                                              NO. 3:02CV02247 (JCH)

TOWN FAIR TIRE CENTERS, INC.,

June 21, 2004

NOTICE OF FILING UNDER SEAL
PURSUANT TO D.CONN. L. CIV. R. 5(d)2

Plaintiff Mickell Balonze hereby provides notice, pursuant to D.Conn. L. Civ. R. 5(d)2, that she has filed under seal the Exhibits to the Declaration of Mickell Balonze, because she believes them to be subject to the Order Regarding Confidentiality entered in this case by the Court on July 30, 2003.

Respectfully submitted,

Mickell Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203)-488-1981

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this the 21st day of June 2004, to:

>Jonathan B. Orleans
>Zeldes, Needles & Cooper,
>1000 Lafayette Blvd., Suite 500
>Bridgeport, CT 06604

*Mickell B. Balonze*
Mickell B. Balonze