UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE  :

V.  :  NO. 3:02CV02247 (JCH)

TOWN FAIR TIRE CENTERS, INC.,  :

:  June 21, 2004

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff Mickell Balonze has manually filed the Exhibits to the Declaration of Mickell Balonze.

These documents have not been filed electronically because they have been filed under seal pursuant to D.Conn. L. Civ. R. 5(d)2, and because if converted to electronic form they would exceed the file size restrictions.

The Exhibits to the Declaration of Mickell Balonze have been manually served on all parties.

Respectfully submitted,

*Mickell Balonze*
Mickell Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203) 488-1981

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered on this the 21st day of June 2004, to:

>Jonathan B. Orleans
>Zeldes, Needles & Cooper,
>1000 Lafayette Blvd., Suite 500
>Bridgeport, CT 06604

Mickell B. Balonze