UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE          :
V.                          :     NO. 3:02CV02247 (JCH)
TOWN FAIR TIRE CENTERS, INC.,  :
                            :     July 6, 2004

## SUPPLEMENTAL AFFIDAVIT OF KATHRYN L. TUTINO

Being duly sworn, Kathryn L. Tutino deposes and says:

1. I am over the age of eighteen and understand the meaning of an oath.

2. At all relevant times I have been Vice President and Controller of Town Fair Tire Centers, Inc. ("Town Fair" or "Town Fair Tire"), the defendant in this action.

3. I make this affidavit in support of Town Fair Tire's Motion for Summary Judgment in this action.

4. At all times during Ms. Balonze's employment Town Fair had an Equal Employment Opportunity policy and a policy against discriminatory harassment, both of which were contained in our Employee Handbook. The policy stated that any employee who felt that he or she had been a victim of discrimination should report the offending conduct to the Director of Personnel. In 2001 that would have been Mike Barbaro, but an employee who for any reason was not comfortable complaining to him could certainly have complained instead to me, or even to Neil Mellen, the President of the company. Management took such complaints seriously, investigated them, and took action where appropriate. Ms. Balonze did not complain to me, to Mr. Mellen, or as far

as I know to any other manager about harassment by Andrea DaCorte. Nobody else reported having witnessed any such harassment.

5. Evan Shorkey was a high school student who, during the school year, worked for us in the afternoons after school. His duties included carrying large and heavy bags of garbage for disposal, as well as scanning and faxing wholesale invoices (which required some keyboarding). During the summer, he worked more hours and we assigned him additional duties, some of which were clerical (such as filing), but most of which involved fairly heavy lifting (moving boxes of files, for example). After Evan left for college in late August, 2001, we filled the position with another high school student who worked fewer hours (between 6 and 12 hours weekly), after school. I do not believe Ms. Balonze could have performed the essential functions of the job due to its physical demands.

Date: 7/6/04

Kathryn L. Tutino
Kathryn L. Tutino

Subscribed and sworn to before me on this _6th_ day of July, 2004.

Philomena Klepper
Notary Public
My Commission Expires: 4/30/06

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 6th day of July, 2004.

_____/s/
Jonathan B. Orleans