UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICKELL B. BALONZE | : | |
| | : | |
| V. | : | NO. 3:02CV02247 (WWE) |
| | : | |
| TOWN FAIR TIRE CENTERS, INC. | : | February 7, 2005 |

DEFENDANT'S MOTION TO FILE ANSWER *NUNC PRO TUNC*

Defendant Town Fair Tire Centers, Inc. hereby moves, by and through counsel, for permission to file the answer attached hereto at Tab 1, notwithstanding the passage of the deadline for filing an answer as set forth in Fed.R.Civ.P. 12(a). As set forth below, granting this motion will cause no prejudice to either party as 1) defendant's prior pleadings in this case, including its timely motion to dismiss and motion for summary judgment, have made its position with respect to the allegations of the Complaint very clear; and 2) neither party, nor the Court, appears to have been aware of defendant's failure to file its answer until the undersigned, in reviewing the file this week, became aware of the oversight.

This is a case in which plaintiff has alleged that defendant Town Fair Tire Centers, Inc. ("Town Fair"), in addition to two individual Town Fair employees, violated Title VII of the Civil Rights Act of 1964 and the Americans With Disabilities Act. A two-count complaint was filed in December 2002 by plaintiff Mickell Balonze, proceeding *pro se*. Having duly sought an extension of time to respond to the Complaint, defendants filed a motion to dismiss the individual defendants on April 1, 2003. Discovery then commenced, and it was not until

September 6, 2003 that the Court granted defendants' motion to dismiss. Counsel for Town Fair, the sole remaining defendant, mistakenly failed to file an answer following the Court's ruling on the motion to dismiss. In May 2004, however, defendant moved for summary judgment on both of plaintiff's claims. Plaintiff responded, defendant replied, and that motion remains pending at this time.

Under these circumstances, defendant respectfully submits that no prejudice to the plaintiff would result by the filing of the answer *nunc pro tunc*, and respectfully requests therefore that this motion be granted.

    /s/ Sarah W. Poston
Jonathan B. Orleans (ct05440)
Sarah W. Poston (ct19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT  06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

Attorney for Defendant
Town Fair Tire Centers, Inc.

# TAB 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICKELL B. BALONZE | : |
| | : |
| V. | : NO. 3:02CV02247 (WWE) |
| | : |
| TOWN FAIR TIRE CENTERS, INC. | : February 7, 2005 |

## ANSWER

As to the allegations in the Complaint, defendants hereby answer:

1. Admitted.

2. Admitted.

2. Admitted as to Town Fair Tire Centers, Inc., which is the only remaining defendant.

3. Paragraph 3 states legal conclusions as to which no response is required. To the extent the allegations of paragraph 3 are deemed to be factual in nature, they are denied.

4. Defendant admits that plaintiff's employment was terminated on or about August 27, 2001. The remaining allegations in paragraph 4 are denied.

5. Denied.

6. Defendant responds to the numbered subparagraphs of paragraph 6 of the Complaint as follows:

   1. Admitted.

   2. Defendant admits that on 5/4/99 plaintiff suffered an occupational injury to her right index finger, and that she received

treatment by a physician including therapy, medication, injections, and surgery.

    3.    Denied.

    4.    Admitted.

    5.    Denied.

    6.    Defendant admits that plaintiff experienced a recurrence of her original injury in July 2001 and that she sought a physician's treatment. The remaining allegations of subparagraph 6 are denied.

    7.    Admitted.

    8.    Denied.

    9.    Defendant admits that plaintiff's treating physician released her to return to work involving "little or no keying."

    10.    Defendant admits that Ms. Tutino provided notice of the termination of plaintiff's employment on 8/27/01 due to lack of work meeting her medical restrictions. Defendant is without sufficient information to admit or deny the remaining allegations of subparagraph 10 and leaves plaintiff to her proof.

    11.    Defendant admits that at times during the period 5/4/99 through 7/23/01, it had male employees that were working under medical restrictions. Defendant is without sufficient information to admit or deny the remaining allegations of subparagraph 11.

    12.    Denied.

13. Defendant is without sufficient information to admit or deny the allegations of subparagraph 13 and leaves plaintiff to her proof.

14. Defendant is without sufficient information to admit or deny the allegations of subparagraph 14 and leaves plaintiff to her proof.

15. Denied.

7. Denied.

8. Denied.

9. Admitted.

10. Defendant admits that the Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (a copy of which was attached to the Complaint). Defendant is without sufficient information to admit or deny the remaining allegations of paragraph 10 and leaves plaintiff to her proof.

11. Defendant admits that the EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. To the extent any further response is required to the allegations of paragraph 11 of the Complaint, the allegations are denied.

12. Denied.

<u>Affirmative Defense</u>

Plaintiff's allegations that defendant has violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* fail to state a claim upon which relief can be granted.  Plaintiff's allegations that defendant has violated the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.* fail to state a claim upon which relief can be granted.


                ____/s/ Sarah W. Poston_____
                Jonathan B. Orleans (ct05440)
                Sarah W. Poston (ct19702)

                    Zeldes, Needle & Cooper, P.C.
                    1000 Lafayette Blvd., Suite 500
                    Bridgeport, CT  06604
                    Tel. (203) 333-9441
                    Fax: (203) 333-1489
                    e-mail: jorleans@znclaw.com

Attorney for Defendant
Town Fair Tire Centers, Inc.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 7th day of February 2005.

>/s/ Sarah W. Poston
>Sarah W. Poston