UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 10 P 1:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICKELL B. BALONZE          :

V.                          :    NO. 3:02CV02247 (WWE)

TOWN FAIR TIRE CENTERS, INC. :   February 7, 2005

ANSWER

As to the allegations in the Complaint, defendants hereby answer:

1.   Admitted.

2.   Admitted.

2.   Admitted as to Town Fair Tire Centers, Inc., which is the only remaining defendant.

3.   Paragraph 3 states legal conclusions as to which no response is required. To the extent the allegations of paragraph 3 are deemed to be factual in nature, they are denied.

4.   Defendant admits that plaintiff's employment was terminated on or about August 27, 2001. The remaining allegations in paragraph 4 are denied.

5.   Denied.

6.   Defendant responds to the numbered subparagraphs of paragraph 6 of the Complaint as follows:

   1.   Admitted.

   2.   Defendant admits that on 5/4/99 plaintiff suffered an occupational injury to her right index finger, and that she received

treatment by a physician including therapy, medication, injections, and surgery.

3. Denied.

4. Admitted.

5. Denied.

6. Defendant admits that plaintiff experienced a recurrence of her original injury in July 2001 and that she sought a physician's treatment. The remaining allegations of subparagraph 6 are denied.

7. Admitted.

8. Denied.

9. Defendant admits that plaintiff's treating physician released her to return to work involving "little or no keying."

10. Defendant admits that Ms. Tutino provided notice of the termination of plaintiff's employment on 8/27/01 due to lack of work meeting her medical restrictions. Defendant is without sufficient information to admit or deny the remaining allegations of subparagraph 10 and leaves plaintiff to her proof.

11. Defendant admits that at times during the period 5/4/99 through 7/23/01, it had male employees that were working under medical restrictions. Defendant is without sufficient information to admit or deny the remaining allegations of subparagraph 11.

12. Denied.

13. Defendant is without sufficient information to admit or deny the allegations of subparagraph 13 and leaves plaintiff to her proof.

14. Defendant is without sufficient information to admit or deny the allegations of subparagraph 14 and leaves plaintiff to her proof.

15. Denied.

7. Denied.

8. Denied.

9. Admitted.

10. Defendant admits that the Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (a copy of which was attached to the Complaint). Defendant is without sufficient information to admit or deny the remaining allegations of paragraph 10 and leaves plaintiff to her proof.

11. Defendant admits that the EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. To the extent any further response is required to the allegations of paragraph 11 of the Complaint, the allegations are denied.

12. Denied.

## Affirmative Defense

Plaintiff's allegations that defendant has violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* fail to state a claim upon which relief can be granted. Plaintiff's allegations that defendant has violated the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.* fail to state a claim upon which relief can be granted.

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston (ct19702)

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Blvd., Suite 500
        Bridgeport, CT 06604
        Tel. (203) 333-9441
        Fax: (203) 333-1489
        e-mail: jorleans@znclaw.com

Attorney for Defendant
Town Fair Tire Centers, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 7th day of February 2005.

_____
Sarah W. Poston