UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE                  :
                                    :
                                    :     NO. 3:02CV02247(WWE)
                                    :
TOWN FAIR TIRE CENTERS, INC         :     JULY 12, 2005

FILED
2005 JUL 13  A 11: 52
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ.P. 37(a), the plaintiff Mickell B. Balonze hereby moves for an order compelling the Defendants Town Fair Tire to identify the expert witness they intend to produce at trial.

1. On May 20th, 2005 during a status conference the defendants counsel Sarah W. Poston requested a delay in the scheduling of this matter for trial on the basis that the defendants needed additional time to disclose an expert witness and to schedule and conduct the deposition of that witness.

2. During that meeting the defendants counsel Sarah W. Poston was instructed to disclose that information to the plaintiff. To date the defendants have ignored those instructions and have failed to disclose any information relevant to their expert witness to the plaintiff.

3. This case has been ongoing since December 2001, the plaintiff believes that Ms. Poston has had adequate time in preparing her clients defense to identify and disclose all witnesses that they intend to produce at trial.

4. Since the defendants counsel has not filed a motion requesting additional time regarding the disclosure of such information, the plaintiff is left to conclude that Ms. Poston purposefully misrepresented her intentions to this court when she requested that

additional time, that she sought only to delay these proceedings to afford her clients an advantage so that she could circumvent this courts authority by attempting to have this matter resolved in the bankruptcy court.

For the foregoing reasons the plaintiff respectfully requests that this Motion to Compel be granted and that the defendants counsel be ordered to comply within a timely manner as specified by this court. In the alternative the plaintiff moves for an order barring the defendants from making mention of or producing an expert witness at trial for testimony or impeachment, or otherwise.

SO ORDERED_____

                                        Respectfully submitted,

                                        Mickell B. Balonze, Pro Se
                                        601 Longfellow Drive
                                        Branford, CT 06405
                                        (203)-488-1981

## CERTIFICATION OF MAILING

      I hereby certify that a copy of the foregoing has been sent via US Certified Mail, Return Receipt requested no. 7005 0390 0005 3759 1815 on this day, July 12, 2005 dated at Branford, CT 06405 to : Sarah W. Poston
@ Zeldes Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740


*[signature]*
Mickell B. Balonze, Pro Se
601 Longfellow Drive
Branford, CT 06405
(203)-488-1981