UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICKELL B. BALONZE | : | |
| | : | |
| V. | : | NO. 3:02CV02247 (WWE) |
| | : | |
| TOWN FAIR TIRE CENTERS, INC. | : | |
| | : | August 3, 2005 |

### DEFENDANT'S MOTION TO STAY

Defendant Town Fair Tire Centers, Inc. ("Town Fair"), by its counsel, hereby respectfully requests that this Court stay this action until Ms. Balonze's standing to pursue this claim, which is currently the subject of a dispute pending in the United States Bankruptcy Court in In re: Mickell B. Balonze and Michael P. Balonze, Case No. 04-35459-lmw, has been resolved.

The undersigned has attempted to contact plaintiff to obtain her position as to this motion, but has been unsuccessful.

A memorandum of law in support of this motion is being filed herewith.

Respectfully submitted,

_____
Jonathan B. Orleans (ct05440)
Sarah W. Poston (ct19702)
    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT  06604
    Tel. (203) 333-9441
    Fax: (203) 333-1489
    e-mail: sposton@znclaw.com

Attorneys for Defendant Town Fair Tire Centers, Inc.

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

>Mickell Balonze
>601 Longfellow Drive
>Branford, CT 06405

Dated at Bridgeport, Connecticut on this 3d day of August, 2005.

_____
Sarah W. Poston