UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICKELL B. BALONZE | : | |
| | : | NO. 3:02CV02247 (WWE) |
| V. | : | |
| | : | |
| TOWN FAIR TIRE CENTERS, INC. | : | AUGUST 19, 2005 |

**MOTION FOR EXTENSION OF TIME TO
FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY**

Pursuant to D.Conn.L.Civ.R. 7(b), Defendant hereby moves this Court for an extension of time of one week, until September 2, 2005, to file a reply brief in support of its motion to stay this action. The reasons for this request are that, while the undersigned counsel received Ms. Balonze's objection to the motion to stay on Monday, August 15, she 1) has been in trial for the last four days (since Tuesday, August 16) in a Connecticut Superior Court, Housing Session matter; and 2) will be away for the next week, through August 26, on a long-scheduled vacation. Attorney Jonathan Orleans will also be away on vacation next week. Meeting the current deadline of August 26, 2005 to file the reply brief will not be possible for these reasons.

The undersigned has attempted to reach Ms. Balonze today to determine her position as to this extension of time, but has been unable to reach her.

This is the first request for an extension of this deadline.

Respectfully submitted,

Jonathan B. Orleans (ct05440)
Sarah W. Poston

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com

Attorney for Defendant Town Fair Tire Centers, Inc.

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

> Mickell Balonze
> 601 Longfellow Drive
> Branford, CT 06405

Dated at Bridgeport, Connecticut on this 19th day of August 2005.

_Sarah W. Poston_
Sarah W. Poston