FILED

2006 MAR -8 P 2: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICKELL B. BALONZE          :
                            :
V.                          :     NO. 3:02CV02247 (WWE)
                            :
TOWN FAIR TIRE CENTERS, INC. :
                            :     FEBRUARY 6, 2006

## STIPULATED DISMISSAL

Ronald I. Chorches, Esq., in his official capacity as the Chapter 7 Trustee in In re: Mickell B. Balonze and Michael P. Balonze, Case No. 04-35459lmw ("Trustee"), and Town Fair Tire Centers, Inc., defendant in this action ("Town Fair"), hereby stipulate, that pursuant to Fed.R.Civ.P. 41(a), this matter be dismissed with prejudice.

In support of this stipulation, the Trustee and Town Fair hereby represent that:

1. On November 24, 2004, while this action was still pending, plaintiff and her husband filed the Petition initiating In re: Mickell B. Balonze and Michael P. Balonze, Case No. 04-35459lmw ("Bankruptcy Case"). Plaintiff listed on her Schedule B,[1] among other personal property, her claims against Town Fair in this case ("Federal Claims"). The Federal Claims thus became an asset of the bankruptcy estate pursuant to 11 U.SC. § 541. Under the bankruptcy law, the filing of a case under chapter 7 triggers the appointment of a chapter 7 Trustee who controls the assets in a debtor's estate.

2. On May 19, 2005, the Trustee filed a Report of No Distribution in the Bankruptcy Bankruptcy Case, and the Bankruptcy Case closed as of May 24, 2005 by administrative action of the Clerk of the Bankruptcy Court.

---

[1] Schedule B of a bankruptcy petition requires debtors to list their personal property and its value.

1

3. On June 6, 2005, the Trustee filed a Motion to Reopen Case in order to reopen the Bankruptcy Case so as to pursue a settlement agreement between the Trustee and Town Fair, the consummation of which had begun to appear more likely after the Trustee had filed his Report of No Distribution.

4. On November 7, 2005, the Trustee filed a Motion to Revoke Administrative Closing, requesting that the Court revoke the May 24, 2005 administrative closing of the Bankruptcy Case.

5. On December 6, 2005, Trustee and Town Fair entered into the Settlement Agreement and Release attached hereto as Exhibit 1.

6. By its Memorandum of Decision and Order re: Motion to Revoke Administrative Closing and to Administer Asset; and Motion for Authority to Compromise Claim and for Approval of Settlement Agreement, dated January 13, 2006, ("Memorandum of Decision") a copy of which is attached hereto as Exhibit 2, the Bankruptcy Court granted the Trustee's November 7, 2005 Motion to Revoke Administrative Closing and approved the December 6, 2005 Settlement Agreement and Release.

7. Thus, as of January 13, 2006, the single remaining claim in this case was restored to the bankruptcy estate, and authority to settle the claim returned to the Trustee. *See* Memorandum of Decision at p. 14.

8. For these reasons, and as required by paragraph 4 of the Settlement Agreement and Release, the Trustee and Town Fair hereby stipulate that this case be dismissed.

_____
Ronald I. Chorches, Trustee
Fed. Bar #ct08720
Law Offices of Ronald I. Chorches, LLC
433 Silas Deane Highway – 2nd Floor
Wethersfield, CT 06109
Phone (860) 563-3955

_____
Sarah W. Poston (ct19702)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel. (203) 333-9441
Fax: (203) 333-1489
e-mail: sposton@znclaw.com
Attorney for Defendant Town Fair Tire Centers, Inc.

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, on this date, to:

Mickell Balonze
601 Longfellow Drive
Branford, CT 06405

Dated at Wethersfield, Connecticut on this 8th day of March, 2006.

_____
~~Ronald I. Chorches~~
Sarah W. Poston

3